IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BERT ALLEN TOYOTA, INC. d/b/a
Allen Toyota/Scion                                                                                    PLAINTIFF

v.                                                                        Civil Action No. 1:09cv153HSO-JMR

FEDERATED MUTUAL INSURANCE CO.,
and FEDERATED SERVICE INSURANCE CO.                                           DEFENDANTS

## FINAL JUDGMENT

This matter came on to be heard on the Motion to Dismiss [2] filed by Defendant Federated Mutual Insurance Co., on or about February 13, 2009. The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is hereby dismissed without prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 20th day of April, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE